UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No.  2:14-cv-1853-EFB P |
| Plaintiff, | |
| v. | ORDER |
| HEATON, | |
| Defendant. | |

Plaintiff is a former county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.  To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).  Plaintiff has neither paid the fee nor submitted an application for leave to proceed in forma pauperis.

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis by a non-prisoner.  Failure to comply with this order will result in a recommendation that this action be dismissed.

So ordered.

Dated:  August 12, 2014.

_____

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE