UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No. 2:14-cv-1853-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| HEATON, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. His unopposed motion to modify the schedule in this action (ECF No. 29) is granted as set forth below. The schedule is modified as follows:

1. The parties may conduct discovery until February 29, 2016. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than December 28, 2015.

2. If plaintiff seeks leave to amend the complaint, he must file any motion to amend no later than February 29, 2016.

3. Dispositive motions shall be filed on or before May 26, 2016. Motions shall be briefed in accordance with paragraph 8 of the order filed May 15, 2015.

Plaintiff also requests a provision for "disclosure or discovery of electronically stored information" so that he may obtain a video recording "of jail booking holding cell, booking area,

1

1 | hallway leading to rubber room cell and rubber room cell." ECF No. 29 at 2.  If plaintiff wishes
2 | to obtain a particular video recording from defendant, he must request it from defendant in a
3 | proper request for discovery.
4 |     So ordered.
5 | DATED: September 9, 2015.
   
_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE