HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
pmello@hansonbridgett.com
SAMANTHA D. WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant Sergeant Eaton,
erroneously named as Sergeant Heaton

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>HEATON, Sued In His Individual and Official Capacity,<br><br>    Defendant. | CASE NO. 2:14-cv-1853-TLN-EFB<br><br>[**PROPOSED**] **ORDER GRANTING DEFENDANT'S REQUEST TO MODIFY SCHEDULING ORDER** |

The Court, having considered Defendant Eaton's Request to Modify this Court's September 9, 2015 scheduling order, and good cause appearing, orders as follows:

Defendant Eaton's requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 must be served no later than January 29, 2016.  No other deadlines in this matter are affected by this Court's order.

IT IS SO ORDERED.

DATED:  January 4, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE